**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1016

JAMES RIFFIN,

                Plaintiff - Appellant,

        v.

RAYMOND S. WISNOM, JR., Code Enforcement Hearing Officer;
BALTIMORE COUNTY, MARYLAND, Department of Permits and
Development Management,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:07-cv-01623-RDB)

Submitted:  March 25, 2008          Decided:  March 28, 2008

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Riffin, Appellant Pro Se.    Paul M. Mayhew, Adam M.
Rosenblatt, BALTIMORE COUNTY OFFICE OF LAW, Towson, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Riffin appeals a district court order denying as moot his motion for a preliminary injunction and a temporary restraining order, granting the Defendants' motion to dismiss and dismissing his complaint.  We have reviewed the record and the district court order and affirm for the reasons cited by the district court.  <u>See</u> <u>Riffin v. Wisnom</u>, No. 1:07-cv-01623 (D. Md. Nov. 6, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>